IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

## CLAIMANT GOLD & SILVER RESERVE, INC.'S FIRST VERIFIED STATEMENT OF INTEREST

COMES NOW, Claimant GOLD & SILVER RESERVE, INC., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make the following statement of interest:

    1.    Claimant Gold & Silver Reserve, Inc. makes claim that a portion of the e-gold seized from e-gold Account No. 109243 is the property of Gold & Silver Reserve, Inc., acquired through Gold & Silver Reserve, Inc.'s legitimate and legal business dealings. Claimant Gold & Silver Reserve, Inc. further adds that the funds subject to this *in rem* action are wholly unrelated to any violation of 18 U.S.C. § 1960 or any other federal criminal statute.

                                         Respectfully submitted,

                                         */s/ Andrew S. Ittleman*
                                         Mitchell S. Fuerst, Esq.
                                         Florida Bar No. 264598
                                         Andrew S. Ittleman, Esq.
                                         Florida Bar No. 802441
                                         FUERST HUMPHREY ITTLEMAN, PL
                                         1001 Brickell Bay Drive, Suite 2002
                                         Miami, Florida 33131

Telephone: 305-350-5690
Fax: 305-371-8989

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, GOLD & SILVER RESERVE, INC., and I am authorized to speak on behalf of Gold & Silver Reserve, Inc. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements contained in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

DR DOULAS JACSON
for Gold & Silver Reserve, Inc.
AFFIANT

Sworn to and subscribed before me this the 26 day of September, 2007.

Linda Reece
NOTARY PUBLIC

My commission expires: March 30, 2008

Linda J Reece

LINDA J. REECE
Notary Public - State of Florida
My Commission Expires Mar 30, 2008
Commission # DD305225
Bonded By National Notary Assn.

September 26, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **CLAIMANT GOLD & SILVER RESERVE, INC.'S FIRST VERIFIED STATEMENT OF INTEREST** was served on September 26, 2007 via Electronic Mail and Federal Express upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

/s/ Andrew S. Ittleman
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)