IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>Defendant. | Civil Action No. 07-01337 (RMC) |

## CLAIMANT E-GOLD LTD.'s VERIFIED STATEMENT OF INTEREST

COMES NOW the Claimant, e-gold Ltd., by and through its undersigned counsel, and in compliance with Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, does hereby make following statement of interest:

The claimant, e-gold Ltd., makes claim that all of the e-gold seized from e-gold Account No. 544179 is the property of e-gold Ltd., acquired through e-gold Ltd.'s legitimate and legal business dealings. The claimant, e-gold Ltd., further adds that the funds subject to this *in rem* action are wholly unrelated to any violation of 18 U.S.C. § 1960 or any other criminal statute.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
FUERST HUMPHREY ITTLEMAN, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131
Telephone: 305-350-5690
Fax: 305-371-8989

/s/ *Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.

One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

## VERIFICATION

I, DR. DOUGLAS JACKSON, hereby depose and state under oath as follows:

I am the President and Chief Executive Officer of the Claimant in this action, E-GOLD LTD., and I am authorized to speak on behalf of e-gold Ltd. I have read the foregoing Verified Statement of Interest and know the contents of same. Further, the statements contained in this Verified Statement of Interest are true to the best of my knowledge and belief.

I know that the information contained in the foregoing Verified Statement of Interest is true based upon my own personal knowledge.

DR DOULAS JACSON
for e-gold Ltd.
AFFIANT

Sworn to and subscribed before me this the 26 day of September, 2007.

_____
NOTARY PUBLIC

My commission expires: March 30, 2008

LINDA J. REECE
Notary Public - State of Florida
My Commission Expires Mar 30, 2008
Commission # DD305225
Bonded By National Notary Assn.

September 26, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **CLAIMANT E-GOLD LTD.'s VERIFIED STATEMENT OF INTEREST** was served on September 26, 2007 via Electronic Mail and Federal Express upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

/s/ Andrew S. Ittleman
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-5690 (o)
(305) 371-8989 (f)