UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF ARON RASKAS, ESQ.

Aron Raskas, Esq., of the law firm Kramon & Graham, PA enters his appearance on behalf of the GOLD & SILVER RESERVE, INC. and e-gold Ltd., and requests that all parties add the undersigned counsel to their certificates of service.

                              Respectfully submitted,

                              */s/ Aron U. Raskas*
                              Aron U. Raskas
                              District of Columbia Bar No. 422939
                              KRAMON & GRAHAM, P.A.
                              One South Street, Suite 2600
                              Baltimore, Maryland 21202-3201
                              Telephone: 410-752-6030
                              Fax: 410-539-1269

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**NOTICE OF APPEARANCE OF ARON RASKAS, ESQ.**

was served on September 26, 2007 via Electronic Mail and Federal Express upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

/s/ *Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

2