UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION OF ATTORNEY MITCHELL S. FUERST FOR ADMISSION
### *PRO HAC VICE*

Attorney Mitchell S. Fuerst, pursuant to Rule 83.2(c) of this Court's Special Rules Governing the Admission and Practice of Attorneys, respectfully applies for leave to appear *pro hac vice* as counsel for Gold & Silver Reserve, Inc. and e-gold Ltd. and the defendants *in rem* in this action.

Mr. Fuerst is an active member in good standing of the Florida Bar, Bar Number 264598. In addition, Mr. Fuerst is an active member in good standing of the United States District Court for the Southern District of Florida. Mr. Fuerst was admitted to the United States District Court for the Southern District of Florida on March 9, 1979.

Mr. Fuerst has no grievances pending against him and has never been disciplined. Mr. Fuerst works with the law firm of Fuerst Humphrey Ittleman, 1001 Brickell Bay Drive, Suite 2002, Miami, FL 33131. Telephone number (305) 350-5694, facsimile (305) 371-8989.

Mr. Fuerst designates Aron Raskas, Esq., a member of the bar of this Court who maintains an office in this district for the practice of law as the local attorney with whom the Court and opposing counsel may communicate regarding the conduct of the case and upon whom papers may be served.

By his signature on the attached certification, Mitchell S. Fuerst, Esq. certifies that he has studied the Local Rules of the United States District Court for the District of Columbia. By his signature below, Aron Raskas, Esq. consents to his designation as local counsel.

        Respectfully submitted,

        */s/ Aron U. Raskas*
        Aron U. Raskas
        District of Columbia Bar No. 422939
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202-3201
        Telephone: 410-752-6030
        Fax: 410-539-1269

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **APPLICATION OF ATTORNEY MITCHELL S. FUERST FOR ADMISSION *PRO HAC VICE*** was served on September 26, 2007 via Electronic Mail and Federal Express upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

        */s/ Aron U. Raskas*
        Aron U. Raskas
        District of Columbia Bar No. 422939
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202-3201
        Telephone: 410-752-6030
        Fax: 410-539-1269

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF ATTORNEY MITCHELL S. FUERST IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Mitchell S. Fuerst, pursuant to rule 83.2 of this Court's Special Rules Governing the Admission and Practice of Attorneys, hereby certify that I am a member in good standing of the Bars of the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eleventh Circuit and the United States Tax Court. I have no grievances pending against me and have never been disciplined. In the past two years, I have been admitted *pro hac vice* two times in this District; both of those instances were for cases that are directly related to this one I have studied the Local Rules for the United States District Court for the District of Columbia.

_____
MITCHELL S. FUERST, ESQ.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF MITCHELL S. FUERST

THIS CAUSE has come before the Court upon the application of Mitchell S. Fuerst, Esq., counsel for Gold & Silver Reserve, Inc. and the defendants *in rem*, for permission to appear and participate *pro hac vice* in the above-styled case. Having reviewed the application and certifications and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the application of Mitchell S. Fuerst for Admission *Pro Hac Vice* is hereby granted. Mitchell S. Fuerst is granted leave to appear in this action *pro hac vice* as counsel for Gold & Silver Reserve, Inc. and e-gold Ltd. and the defendants *in rem*.

DONE and ORDERED in chambers at the United States District Courthouse, Washington, D.C., this _____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Counsel of Record