UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION OF ATTORNEY ANDREW S. ITTLEMAN FOR ADMISSION *PRO HAC VICE*

Attorney Andrew S. Ittleman, pursuant to Rule 83.2(c) of this Court's Special Rules Governing the Admission and Practice of Attorneys, respectfully applies for leave to appear *pro hac vice* as counsel for Gold & Silver Reserve, Inc., e-gold Ltd. and the defendants *in rem* in this action.

Mr. Ittleman is an active member in good standing of the Florida Bar, Bar Number 802441. In addition, Mr. Ittleman is an active member in good standing of the United States District Court for the Southern District of Florida. Mr. Ittleman was admitted to the United States District Court for the Southern District of Florida on January 27, 2005.

Mr. Ittleman has no grievances pending against him and has never been disciplined. Mr. Ittleman works with the law firm of Fuerst Humphrey Ittleman, PL, 1001 Brickell Bay Drive, Suite 2002, Miami, FL 33131. Telephone number (305) 350-5694, facsimile (305) 371-8989.

Mr. Ittleman designates Aron Raskas, Esq., a member of the bar of this Court for the practice of law as the local attorney with whom the Court and opposing counsel may communicate regarding the conduct of the case and upon whom papers may be served.

By his signature on the certification attached as Exhibit 1, Andrew S. Ittleman certifies that he has studied the Local Rules of the United States District Court for the District of Columbia. By his signature below, Aron Raskas, Esq. consents to his designation as local counsel.

Respectfully submitted,

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **APPLICATION OF ATTORNEY ANDREW S. ITTLEMAN FOR ADMISSION *PRO HAC VICE*** was served on September 26, 2007 via Electronic Mail and Federal Express upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>   Defendant. | Civil Action No. 07-01337 (RMC) |

## CERTIFICATION OF ATTORNEY ANDREW S. ITTLEMAN IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*

  I, Andrew S. Ittleman, pursuant to rule 83.2 of this Court's Special Rules Governing the Admission and Practice of Attorneys, hereby certify that I am a member in good standing of the bar of the State of Florida. I have no grievances pending against me and have never been disciplined. I am a member of the Bars of the State of Florida, the United States District Court for the Southern District of Florida, the United States District Court for the District of Colorado, and the Court of Appeals for the District of Columbia Circuit. In the past two years, I have been admitted *pro hac vice* two times in this District; both of those instances were for cases that are directly related to this one. I have studied the Local Rules for the United States District Court for the District of Columbia.

                _____
                ANDREW S. ITTLEMAN, ESQ.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>   Defendant. | Civil Action No. 07-01337 (RMC) |

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW S. ITTLEMAN

THIS CAUSE has come before the Court upon the application of Andrew S. Ittleman, Esq., counsel for Gold & Silver Reserve, Inc. and the defendants *in rem*, for permission to appear and participate *pro hac vice* in the above-styled case. Having reviewed the application and certifications and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the application of Andrew S. Ittleman for Admission *Pro Hac Vice* is hereby granted. Andrew S. Ittleman is granted leave to appear in this action *pro hac vice* as counsel for Gold & Silver Reserve, Inc., e-gold Ltd., and the defendants *in rem*.

DONE and ORDERED in chambers at the United States District Courthouse, Washington, D.C., this _____ day of _____, 2007.

                   _____
                   ROSEMARY M. COLLYER
                   United States District Judge

Copies to:
Counsel of Record