IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>    Defendant. | Civil Action No. 07-01337 (RMC) |

**CLAIMANTS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE *IN* REM**

Claimants, GOLD & SILVER RESERVE, INC. and E-GOLD LTD., by and through their undersigned attorneys, file this unopposed request for an extension of time to file their answers to the plaintiff's verified complaint for forfeiture *in rem*. In support of this motion, undersigned counsel state:

1. The Claimants' answers in this case are each presently due to be filed on or before Wednesday, October 17, 2007.

2. The directors of the claimant corporations – Mr. Reid Jackson, Mr. Barry Downey and Dr. Douglas Jackson – are individual defendants in a criminal case styled *United States v. e-gold Ltd., et al.*, Case No. 07-109, and have only recently begun working with their new counsel in that case. Mr. Jackson, Mr. Downey and Dr. Jackson, together with undersigned counsel, have spent large segments of the past two weeks introducing these new attorneys to this very complex matter. While counsel for the individuals defendants are not expected to appear in this civil forfeiture action, the individual defendants do wish to have their counsel review documents filed in this matter.

3. Consequently, the claimant corporations each require an extension of time to file their answers in the instant case. The claimant corporations – by way of this motion – respectfully request that this Court extend the due date for the filing of their answers to and including November 2, 2007.

4. On October 15, 2007, undersigned counsel (Andrew Ittleman, Esq.) conferred via telephone with counsel for the United States (AUSA Bill Cowden). At that time, Mr. Cowden advised undersigned counsel that the government had no objection to the granting of this motion.

WHEREFORE, Claimants, E-GOLD LTD. and GOLD & SILVER RESERVE, INC., respectfully request that this Court enter an order extending the due date for the filing of the claimants' answers to and including November 2, 2007.

Respectfully submitted,

/s/ Aron U. Raskas
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

/s/ Andrew S. Ittleman
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
FUERST HUMPHREY ITTLEMAN, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131
Telephone: 305-350-5690
Fax: 305-371-8989

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE *IN* REM**

was served on October 15, 2007 via the Court's Electronic Case Filing system upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269