IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PROPOSED ORDER

Claimants, by their undersigned counsel, submit to the Court a Proposed Order. The Proposed Order, attached hereto, was not submitted with Claimants' Unopposed Request for Extension of Time to Answer Plaintiff's Verified Complaint for Forfeiture *In* Rem, which was filed on October 15, 2007.

Respectfully submitted,

/s/ *Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269


/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
FUERST HUMPHREY ITTLEMAN, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131
Telephone: 305-350-5690
Fax: 305-371-8989

{06676/0/00323400.DOCv1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**NOTICE OF FILING OF PROPOSED ORDER**

was served on October 16, 2007 on all counsel of record via the Court's Electronic Case Filing system.

/s/ Aron U. Raskas
Aron U. Raskas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>    Defendant. | Civil Action No. 07-01337 (RMC) |

## ORDER

UPON CONSIDERATION of Claimants' Unopposed Request for Extension of Time to Answer Plaintiff's Verified Complaint for Forfeiture *In* Rem, it is, this ____ day of _____, 2007, by the United States District Court for the District of Columbia,

ORDERED that the Claimants' Unopposed Request for Extension of Time be, and hereby is, GRANTED, and that the time for Claimants to respond to the Verified Complaint for Forfeiture *In* Rem be, and hereby is extended to and including November 2, 2007.

                                                                             ROSEMARY M. COLLYER
                                                                             United States District Judge