**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>      Plaintiff,       )<br>                                                                )<br>v.                                                              )<br>                                                                )   Civil Action No. 07-01337 (RMC)<br>ALL PROPERTY IN/UNDERLYING    )<br>E-GOLD ACCOUNT NUMBERS:       )<br>544179 and 109243,                          )<br>      Defendant.       )<br>_____) | |

**CLAIMANT GOLD & SILVER RESERVE, INC.'S AND CLAIMANT E-GOLD LTD.'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADINGS**

COME NOW, the Claimants, GOLD & SILVER RESERVE, INC. and E-GOLD LTD., by and through their undersigned attorneys, and file this unopposed request for an extension of time to file their pleadings in response to the plaintiff's verified complaint for forfeiture *in rem*. In support of this motion, undersigned counsel state as follows:

1.  The Claimants' responsive pleadings in this case are presently due to be filed on or before Wednesday, November 2, 2007.

2.  However, the directors of the claimant corporations – Mr. Reid Jackson, Mr. Barry Downey and Dr. Douglas Jackson – are defendants in a criminal case styled *United States v. e-gold Ltd., et al.*, Case No. 07-109, and have recently begun working with new counsel in that case. Mr. Jackson, Mr. Downey and Dr. Jackson, together with undersigned counsel, have spent the vast majority of the past month introducing these new attorneys to this very complex matter.

3.  Consequently, the claimant corporations require an extension of time to file their responsive pleadings in the instant case. The claimant corporations – by way of

this motion – respectfully request that this Court extend the due date for the filing of their responsive pleadings until November 30, 2007.

    4.    On October 31, 2007, undersigned counsel (Andrew Ittleman, Esq.) conferred via telephone with counsel for the United States (AUSA Bill Cowden). At that time, Mr. Cowden advised undersigned counsel that the government had no objection to the granting of this motion.

WHEREFORE, for the foregoing reasons, the Claimants, E-GOLD LTD. and GOLD & SILVER RESERVE, INC., respectfully request that this Court enter an order extending the due date for the filing of the claimants' responsive pleadings until November 30, 2007.

                              Respectfully submitted,

                              /s/ *Andrew S. Ittleman*
                              Mitchell S. Fuerst, Esq.
                              Florida Bar No. 264598
                              Andrew S. Ittleman, Esq.
                              Florida Bar No. 802441
                              FUERST HUMPHREY ITTLEMAN, PL
                              1001 Brickell Bay Drive, Suite 2002
                              Miami, Florida  33131
                              Telephone: 305-350-5690
                              Fax: 305-371-8989

                              /s/ *Aron U. Raskas*
                              Aron U. Raskas
                              District of Columbia Bar No. 422939
                              KRAMON & GRAHAM, P.A.
                              One South Street, Suite 2600
                              Baltimore, Maryland 21202-3201
                              Telephone: 410-752-6030
                              Fax: 410-539-1269

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

**CLAIMANT GOLD & SILVER RESERVE, INC.'S AND CLAIMANT E-GOLD LTD.'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO ANSWER THE PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE *IN* REM**

was served on November 2, 2007 via the Court's Electronic Case Filing system upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

*/s/ Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBERS:<br>544179 and 109243,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-01337 (RMC)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING CLAIMANT GOLD & SILVER RESERVE, INC.'S AND CLAIMANT E-GOLD LTD.'S UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADINGS

THIS MATTER came before the Court on the Claimants' unopposed request for an extension of time to file their responsive pleadings in this case. Being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

The Claimants' unopposed request for an extension of time to file their responsive pleadings in this case is GRANTED. The Claimants shall file their pleadings in response to the plaintiff's complaint for forfeiture *in rem* no later than November 30, 2007.

Entered in Chambers this _____ day of November, 2007.

_____
THE HONORABLE ROSEMARY COLLYER
United States District Judge

Copies submitted to:
All Counsel of Record