**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,                            )<br>                                                   )<br>v.                                                 )<br>                                                   )     Civil Action No. 07-01337 (RMC)<br>ALL PROPERTY IN/UNDERLYING  )<br>E-GOLD ACCOUNT NUMBERS:       )<br>544179 and 109243,                        )<br>            Defendant.                         )<br>_____  ) | |

## CLAIMANT E-GOLD LTD.'s ANSWER TO THE PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW, Claimant E-GOLD LTD., by and through its undersigned counsel, and files this Answer to the Plaintiff's Verified Complaint for Forfeiture *In Rem*. In support of this Answer, Claimant e-gold Ltd. states as follows:

### GENERAL OBJECTION AND DENIAL

Throughout the Complaint the Government uses the terms "E-Gold operation" and "E-Gold system." These terms are vague, ambiguous and undefined. e-gold Ltd. is a Nevis corporation and is the Claimant/Respondent filing this Answer. Gold & Silver Reserve, Inc. ("G&SR") is a Delaware corporation. G&SR is one of a number of entities that offers e-gold exchange services. Only e-gold Ltd. is filing this Answer. Accordingly, all of the responses to this Answer are those of e-gold Ltd., not those of G&SR or any other entity. E-gold Ltd. denies the existence of any entity known as the "E-Gold operation" or "E-Gold system" and each of the responses below should be read to incorporate this denial.

## **SPECIFIC RESPONSES**

1. The averments of Paragraph 1 of the Plaintiff's Complaint constitute conclusions of law to which no response is required.

2. Denied. The averments of Paragraph 2 of the Plaintiff's complaint constitute conclusions of law to which no response is required. To the extent the allegations are deemed factual, they are denied.

3. The averments of Paragraph 3 of the Plaintiff's Complaint constitute conclusions of law to which no response is required.

4. Admits.

5. Admits.

4. Denies.

5. Admits.

6. Denies.

7. e-gold Ltd. is without knowledge or information sufficient to form a belief as to the truth of this allegation.

8. Denies.

9. Denies.

10. Denies.

11. Denies.

12. Denies.

13. Denies.

14. Denies.

15. Denies.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

16. Denies.

17. Denies.

18. Denies.

19. Denies, and the website speaks for itself.

20. Denies.

21. Denies.

22. Denies.

23. Denies.

24. Denies.

25. Denies.

26. Paragraph 26 of the Complaint states conclusions of law to which no response should be required. To the extent that a response is deemed to be required, e-gold Ltd. denies the allegations set forth in Paragraph 26 of the Complaint.

27. Paragraph 27 of the Complaint states conclusions of law to which no response should be required. To the extent that a response is deemed to be required, e-gold Ltd. denies the allegations set forth in Paragraph 27 of the Complaint.

28. Paragraph 28 of the Complaint states conclusions of law to which no response should be required. To the extent that a response is deemed to be required, e-gold Ltd. denies the allegations set forth in Paragraph 28 of the Complaint.

29. Denies.

30. Denies.

31. e-gold Ltd. incorporates herein all of the responses set forth in Paragraphs 1 through 30 above as if the same were set forth herein.

FUERST, HUMPHREY, ITTLEMAN, PL
1001 BRICKELL BAY DRIVE, STE. 2002, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

32. Denies.

33. Denies.

34. e-gold Ltd. incorporates herein all of the responses set forth in Paragraphs 1 through 30 above as if the same were set forth herein.

35. Denies.

36. Denies.

37. e-gold Ltd. incorporates herein all of the responses set forth in Paragraphs 1 through 30 above as if the same were set forth herein.

38. Denies.

39. Denies.

40. e-gold Ltd. incorporates herein all of the responses set forth in Paragraphs 1 through 30 above as if the same were set forth herein.

41. Denies.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state claims upon which relief may be granted.

2. Plaintiff's claims fail because, at all times relevant hereto, G&SR acted lawfully and abided by all applicable laws and regulations.

3. Plaintiff's claims are barred because G&SR is not a "money transmitting business."

4. Plaintiff's claims are be barred by estoppel.

5. Plaintiff's claims are barred by laches.

6. Plaintiff's claims are barred by the statute of limitations.

7. Plaintiff's claims are barred by waiver.

Respectfully submitted,

/s/ *Andrew S. Ittleman*
Mitchell S. Fuerst, Esq.
Florida Bar No. 264598
Andrew S. Ittleman, Esq.
Florida Bar No. 802441
FUERST HUMPHREY ITTLEMAN, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida  33131
Telephone: 305-350-5690
Fax: 305-371-8989
**Counsel to e-gold Ltd.**

/s/ *Aron U. Raskas*
Aron U. Raskas
District of Columbia Bar No. 422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: 410-752-6030
Fax: 410-539-1269
**Counsel for Filing Purposes Only**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **CLAIMANT E-GOLD LTD.'s ANSWER TO THE PLAINTIFF'S VERIFIED COMPLAINT FOR FORFEITURE** was served on November 30, 2007 via the Court's Electronic Case Filing system upon Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, NW, Room 4824, Washington, DC 20530.

> */s/ Aron U. Raskas*
> Aron U. Raskas
> District of Columbia Bar No. 422939
> KRAMON & GRAHAM, P.A.
> One South Street, Suite 2600
> Baltimore, Maryland 21202-3201
> Telephone: 410-752-6030
> Fax: 410-539-1269
> **Counsel for Filing Purposes Only**
>
> */s/ Andrew S. Ittleman*
> Andrew S. Ittleman, Esq.
> Florida Bar No. 802441
> Fuerst Humphrey Ittleman, PL
> 1001 Brickell Bay Drive, Suite 2002
> Miami, FL 33131
> (305) 350-5690 (o)
> (305) 371-8989 (f)
> **Counsel to e-gold Ltd.**