UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Civil Action No. 07-01337 (RMC) |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ALL PROPERTY IN/UNDERLYING** | : | |
| **E-GOLD ACCOUNT NUMBERS:** | : | |
| | : | |
| **544179 AND 109243,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| **Gold & Silver Reserve, Inc. and** | : | |
| **e-Gold, Ltd.,** | : | |
| | : | |
| **Claimants.** | : | |

**JOINT MOTION TO MODIFY WARRANT OF ARREST IN REM
TO PERMIT RELEASE OF SEIZED FUNDS**

*COMES NOW*, Plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Claimants e-gold, Ltd. (EGL) and Gold and Silver Reserve, Inc. (G&SR), by their attorneys, to move that the Court enter an Order, in the form attached hereto as Exhibit A, permitting the payment of a portion of the defendant res in this case to counsel for Claimants in the related criminal proceedings now pending against Claimants. As reasons therefor, the parties state as follows:

1. This is a civil forfeiture action in rem, which the United States filed on July 24, 2007, to forfeit the value assigned to the above-referenced e-gold accounts. The United States alleged several grounds for forfeiture, including: (1) that the defendant property was involved in money laundering (or a conspiracy to commit money laundering); and (2) that the defendant

property was involved in the operation of an unlicensed money transmitting business.

2.  Claimants G&SR and EGL filed verified claims to the defendant property and, through counsel, filed answers to the forfeiture complaint, by which they oppose the forfeiture. In this civil case, G&SR is represented by Mr. Aron U. Raskas, Esq. of Kramon & Graham, P.A., and EGL is represented by Mr. Andrew S. Ittleman, Esq. of Fuerst Humphrey Ittleman, PL. Plaintiff and the two claimants are the only parties before the Court in this matter at this time.

3.  On April 24, 2007, prior to the government's initiation of this civil forfeiture action, a federal grand jury returned a multi-count indictment, which also included a forfeiture allegation, charging two entities, e-gold, Ltd., and Gold & Silver Reserve, Inc. (claimants here), and three individuals with unlawful conspiracy and related financial crimes, in violation of 18 U.S.C. §§ 371 (conspiracy) 1956 (money-laundering and conspiracy), and 1960 (operating an unlicensed money-transmitting business). This prosecution now is before this Court in *United States v. e-gold, Ltd., et al.*, Crim. No. 07-109 (RMC).

4.  Claimants have suggested that as a result of their indictment and the seizure of the property that the government seeks to forfeit in this case, they have been unable to retain legal representation for EGL, which is charged in Crim. No. 07-109 (RMC).

5.  For the purpose of making funds – in the agreed-upon amount of $275,000 – available to retain counsel for EGL in the criminal case, the government consents to claimants liquidating silver holdings in that amount tied to "e-silver" held in the above-referenced e-gold accounts. Because claimants have represented to the government that liquidating the silver will not be immediate, the government agrees to release $275,000 from the funds seized at the initiation of this civil action on the condition that claimants will repay the $275,000 as soon as

liquidation of the silver is completed.

6. Claimants agree that they will endeavor to liquidate the silver as soon as possible, and that if liquidation is not completed within two months from the date of the Order granting this motion, they will provide the government with a letter advising of the status of the liquidation and describing all efforts taken to complete the liquidation.

7. Under all of the present circumstances, the United States and claimants agree that $275,000 of the seized property may be released to counsel for EGL in 07-109 (RMC), by transfer to "Cozen O'Connor" c/o Bernie S. Grimm, Esq., who will be representing EGL in the criminal case.

WHEREFORE, the United States and claimants move that the Court enter an Order in the form attached hereto as Exhibit A.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

_/s/_____
WILLIAM R. COWDEN
DC Bar No. 426301
Assistant United States Attorney
United States Attorney's Office
555 4th Street N.W.
Washington, DC 20530
(202) 307-0258
(202) 514-9155 (fax)
William.Cowden@usdoj.gov (e-mail)

LAUREL LOOMIS RIMON
Deputy Chief for Litigation
Asset Forfeiture & Money Laundering Section
United States Department of Justice
1400 New York Ave., NW, Suite 10100
Washington, DC 20530
(202) 514-1315
(202) 616-2547 (fax)
Laurel.Loomis.Rimon@usdoj.gov
Counsel for Plaintiff United States

and

_/s/_____
ARON U. RASKAS
DC Bar #422939
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030
Araskas@kg-law.com
Counsel for Claimant G&SR

_/s/_____
Andrew S. Ittleman
FL Bar #802441
FUERST HUMPHREY ITTLEMAN, PL
1001 Brickel Bay Drive, Suite 2002
Miami, FL 33131
(305) 350-05690
Aillteman@fuerstlaw.com
Counsel for Claimant E-Gold, Ltd.

-4-

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that before filing this Joint Motion and Proposed Order I obtained approval to do so from counsel for claimant(s) and that I also caused it to be transmitted to them through this Court's ECF system upon filing with the Court on this  5th  day of March 2008.

                                            /s/_____
                                         William R. Cowden
                                       Assistant United States Attorney

## **EXHIBIT A**

(Proposed Order)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Civil Action No. 07-01337 (RMC) |
| **Plaintiff,** : | |
| v. : | |
| **ALL PROPERTY IN/UNDERLYING** : | |
| **E-GOLD ACCOUNT NUMBERS:** : | |
| **544179 AND 109243,** : | |
| **Defendant.** : | |
| **Gold & Silver Reserve, Inc. and** : | |
| **e-Gold, Ltd.,** : | |
| **Claimants.** : | |

**O R D E R**

This matter came before the Court on the parties' Joint Motion to Modify Warrant of Arrest in Rem to Permit Release of Seized Funds, which requests that $275,000 of funds seized in this case be released pending repayment to the government of that sum after liquidation by the claimants of silver holdings still in their possession. Upon consideration of the parties' Joint Motion and the reasons stated therein,

IT IS HEREBY ORDERED:

That the parties' Joint Motion to Modify Warrant of Arrest in Rem to Permit Release of Seized Funds is GRANTED, and the government shall release $275,000 in funds seized in this case by delivering that sum by check made payable to "Cozen O'Connor" (c/o Bernie S. Grimm, Esq., Cozen O'Connor, 1627 I Street, NW, Suite 1100, Washington, DC 20006), or by wire or

other electronic transfer.

   IT IS FURTHER ORDERED:

   That within 60 days of the date of this Order, claimants shall repay $275,000 by check made payable to "U.S. Secret Service" (or by wire or other electronic transfer) which funds may be obtained by liquidating silver holdings in their possession.  Claimants' repayment check shall be delivered to:  Valerie Rhodes, Communication Center - CID/AFS, 245 Murray Lane, SW, Building T-5, Washington, DC 20223.  In the event that claimants are unable to liquidate the silver within 60 days, they will provide the government with a letter advising of the status of the liquidation and describing all efforts taken to complete the liquidation.

   The Clerk of the Court shall provide three (3) certified copies of this Order to counsel for the United States (for service upon non-parties).

   SO ORDERED.


_____   _____
Date                   ROSEMARY COLLYER
                         United States District Judge

cc:

William R. Cowden
Assistant United States Attorney
555 4th Street N.W.
Washington, DC 20530
Laurel Loomis Rimon
Deputy Chief for Litigation
United States Department of Justice
Asset Forfeiture & Money Laundering Section
1400 New York Ave., N.W., Suite 10100
Washington, DC 20530
Counsel for Plaintiff

Aron U. Raskas
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Counsel for Gold & Silver Reserve, Inc.

Andrew S. Ittleman
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131
Counsel for e-gold, Ltd.