UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Civil Action No. 07-01337 (RMC) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ALL PROPERTY IN/UNDERLYING : | |
| E-GOLD ACCOUNT NUMBERS: : | |
| : | |
| 544179 AND 109243, : | |
| : | |
| Defendant. : | |
| : | |
| Gold & Silver Reserve, Inc. and : | |
| e-Gold, Ltd., : | |
| : | |
| Claimants. : | |

## ORDER

This matter came before the Court on the parties' Joint Motion to Modify Warrant of Arrest in Rem to Permit Release of Seized Funds, which requests that $275,000 of funds seized in this case be released pending repayment to the government of that sum after liquidation by the claimants of silver holdings still in their possession. Upon consideration of the parties' Joint Motion and the reasons stated therein,

IT IS HEREBY ORDERED:

That the parties' Joint Motion to Modify Warrant of Arrest in Rem to Permit Release of Seized Funds is GRANTED, and the government shall release $275,000 in funds seized in this case by delivering that sum by check made payable to "Cozen O'Connor" (c/o Bernie S. Grimm, Esq., Cozen O'Connor, 1627 I Street, NW, Suite 1100, Washington, DC 20006), or by wire or

other electronic transfer.

IT IS FURTHER ORDERED:

That within 60 days of the date of this Order, claimants shall repay $275,000 by check made payable to "U.S. Secret Service" (or by wire or other electronic transfer) which funds may be obtained by liquidating silver holdings in their possession. Claimants' repayment check shall be delivered to: Valerie Rhodes, Communication Center - CID/AFS, 245 Murray Lane, SW, Building T-5, Washington, DC 20223. In the event that claimants are unable to liquidate the silver within 60 days, they will provide the government with a letter advising of the status of the liquidation and describing all efforts taken to complete the liquidation.

The Clerk of the Court shall provide three (3) certified copies of this Order to counsel for the United States (for service upon non-parties).

SO ORDERED.

_10 March_  
Date

_Rosemary M Colly_  
ROSEMARY COLLYER  
United States District Judge

cc:

William R. Cowden  
Assistant United States Attorney  
555 4th Street N.W.  
Washington, DC 20530  
Laurel Loomis Rimon  
Deputy Chief for Litigation  
United States Department of Justice  
Asset Forfeiture & Money Laundering Section  
1400 New York Ave., N.W., Suite 10100  
Washington, DC 20530  
Counsel for Plaintiff

Aron U. Raskas
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Counsel for Gold & Silver Reserve, Inc.

Andrew S. Ittleman
Fuerst Humphrey Ittleman, PL
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131
Counsel for e-gold, Ltd.